UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 4:24-CR-047 |
| v. ) | |
| ) | |
| MALIK JAVIER MCKENZIE ) | |

### ORDER

This matter is before the Court on the Motion for Leave of Absence by AUSA Bradley Thompson, counsel for Plaintiff. After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 15th day of May 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA