**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:24-CR-47** |
| | ) | |
| **MALIK JAVIER MCKENZIE** | ) | |
| | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about April 9, 2025, Malik Javier McKenzie (the "defendant") was convicted at trial of the following offenses charged in Counts One, Two, and Four of the above-captioned Indictment, charging violations of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(c), and 18 U.S.C. § 922(g)(1) (Docs. 1, 76); and

WHEREAS, on June 25, 2025, this Court entered a Consent Order of Forfeiture ("Consent Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- Glock, model 19, 9mm caliber pistol, S/N: BWAG168;

- Affixed machinegun conversion device;

- Affixed magazine; and

- 24 rounds of 9mm ammunition

(the "Subject Property") was property forfeitable to the United States (Doc. 103);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning June 26, 2025, through and including July 25, 2025 (Docs. 121 and 121-1 at 3); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and the Consent Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Consent Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

**SO ORDERED**, this 17th day of October, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA